IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LeJon Darnell Fair, | Case No. 5:15 CV 1580 |
| Petitioner, | ORDER DISMISSING PETITION |
| -vs- | JUDGE JACK ZOUHARY |
| Christopher LaRose, | |
| Respondent. | |

This Court has reviewed the Magistrate Judge's Report and Recommendation ("R&R") ( Doc. 11). The R&R recommends the Petition of LeJon Darnell Fair be dismissed.

Under 28 U.S.C. § 636(b)(1), a party must serve written objections to an R&R within fourteen (14) days of being served with the R&R. If a party timely objects, this Court reviews *de novo* the portions of the R&R to which objections were made. If a party does not timely object, the party waives *de novo* review by the district court. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

The deadline for filing objections has passed, and this Court has received no requests for extension. The R&R accurately states the facts and law. This Court adopts the R&R in full. The Petition for Writ of Habeas Corpus (Doc. 1) is dismissed.

IT IS SO ORDERED.

                                                      s/ *Jack Zouhary*
                                                      JACK ZOUHARY
                                                      U. S. DISTRICT JUDGE

                                                      January 23, 2017